IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DARRELL L. THOMPSON,<br><br>        Defendant. | **8:21CR29**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 25). The government seeks to dismiss two firearms from the Forfeiture Allegations in the Superseding Indictment (Filing No. 17): (1) a Ruger P97DC .45 caliber handgun and (2) a Ruger P95 9mm handgun. The Court has reviewed the record in this case and finds the motion should be granted.

IT IS ORDERED:

1.    The Motion to Dismiss Forfeiture Allegation (Filing No. 25) is granted.

2.    The two firearms, (1) a Ruger P97DC .45 caliber handgun and (2) a Ruger P95 9mm handgun, are hereby dismissed from the Forfeiture Allegation with no change to the remaining firearms listed. All other provisions remain in force.

DATED this 8th day of April 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge