IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL L. THOMPSON,<br><br>Defendant. | **8:21CR29**<br><br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 45).  The Court has reviewed the record in this case and finds as follows:

1.      On November 5, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 40), pursuant to 18 U.S.C. §§ 924(c)(1)(A), 924(d), 21 U.S.C. §§ 841(a)(1), (b)(1) and 28 U.S.C. § 2461(c) and based upon defendant Darrell L. Thompson ("Thompson") pleading guilty to Counts III and IV of the Superseding Indictment and admitting the Forfeiture Allegation (Filing No. 17).   Under the Preliminary Order of Forfeiture, Thompson forfeited any interest he had in the following property ("Property") involved in the commission of the offense to the government:

    a.      A Cobra Model FS380, .380 caliber handgun, SN FS016372;

    b.      An FN Herstal FNS-9C 9mm handgun, defaced SN; and

    c.      A Smith & Wesson revolver Model 66 Combat Magnum, .357 caliber revolver, SN 4K60466.

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 6, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed in this case on January 10, 2022 (Filing No. 44).

3.     The government has advised the Court that no petitions have been filed.   A review of the record confirms that assertion.

4.     The government's Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1.     The government's Motion for Final Order of Forfeiture (Filing No. 45) is granted.

2.     All right, title, and interest in and to the Property held by any person or entity are forever barred and foreclosed.

3.     The Property is forfeited to the government.

4.     The government is directed to dispose of the Property in accordance with law.

Dated this 29th day of January 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge

2